United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40230
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELIZABETH LOYOLA-HERNANDEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-02-CR-1016-1
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Elizabeth Loyola-Hernandez pleaded guilty to one count of
illegally transporting an illegal alien for the purpose of
financial gain and was sentenced to 10 months' confinement.

Loyola argues that a conflict exists between the district
court's oral pronouncement of sentence and the written judgment
because the written judgment contains a condition of supervised
release prohibiting the possession of a dangerous weapon, but at
the sentencing hearing, the court did not mention this

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

prohibition.  For the reasons outlined in <u>United States v. Torres-Aguilar</u>, 325 F.3d 934, 935-38 (5th Cir. 2003), we conclude that the district court's omission of the dangerous-weapon prohibition during the oral pronouncement of sentence did not create a conflict with the sentence set forth in the judgment.

AFFIRMED.